## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

ALFONSO GONZALES-CARTAGENA,

     Plaintiff,

          v.                    CIV. NO. 05-1481 (PG)

COLONEL AGUSTIN CARTAGENA, ET AL.,

     Defendants.

### ORDER

Before the Court are defendant Hilton International of Puerto Rico, Inc.'s Motion to Dismiss for Lack of Jurisdiction (Docket No. 7) and Supplemental Motion to Dismiss (Docket No. 27). Plaintiff filed its response and stated that he did not contest Hilton International's motion but requested that the dismissal be without the imposition of costs and attorneys' fees. (Docket No. 28.) Additionally, plaintiff has moved to voluntary dismiss the case against the remaining defendants. (Docket No. 29.)

Having reviewed the record, the Court grants defendant Hilton International's Motions to Dismiss (Docket No. 7 & 27) as well as plaintiff's request for voluntary dismissal (Docket No. 29.) Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, January 11, 2006.

                              S/JUAN M. PEREZ-GIMENEZ
                              U. S. DISTRICT JUDGE